UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JUANITA EVANS-POLK, )
    Plaintiff(s), )
    )
v. ) Case No. 4:23-cv-00997
    )
KOHNER PROPERTIES, INC., )
    Defendant(s). )

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Plaintiff__ and notifies the court of the intent to use (Plaintiff or Defendant)

__Jose Pineiro__
(name and address of process server)
__1430 Washington Ave Suite 220__
__St Louis, MO 63103__

To serve: __KOHNER PROPERTIES, INC.__ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

08/13/2023               /s/ Mohammed O. Badwan
(date)                       (attorney for Plaintiff)

                              (attorney for Defendant)